ALEXANDER GILBERT et al., as Executors of WILLIAM R. CLARKSON, Deceased, Respondents, *v.* CHARLES J. WARREN et al., Appellants.

*Gilbert* v. *Warren,* 56 App. Div. 289, affirmed.
(Argued May 19, 1902; decided June 10, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 12, 1901, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court, and an order denying a motion for a new trial.

*Ira D. Warren* and *Lyman E. Warren* for appellants.

*John E. Parsons* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

DANIEL M. GRIFFEN et al., as Executors of JOSEPH C. GRIFFEN, Deceased, Appellants, *v.* MECHANICS AND TRADERS' BANK, Respondent.

*Griffen* v. *Mechanics & Traders' Bank,* 61 App. Div. 434, affirmed.
(Argued May 19, 1902; decided June 10, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 7, 1901, affirming a judgment in favor of defendant entered upon the report of a referee.

*William G. Cooke* for appellants.

*Charles Strauss* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ,